# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 15-3040**                                **September Term, 2014**

**1:10-cr-00256-RCL-8**
**1:10-cr-00256-RCL-20**

**Filed On: July 10, 2015** [1561930]

United States of America,

      Appellee

  v.

Noe Machado-Erazo, also known as Gallo,
also known as Noe Marchado-Erazo,

      Appellant

------------------------------

Consolidated with 15-3041, 15-3043

## O R D E R

It is **ORDERED**, on the court's own motion, that these cases be consolidated.

                         **FOR THE COURT:**
                         Mark J. Langer, Clerk

             BY:   /s/
                    John J. Accursio
                    Deputy Clerk